# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

SHARON LAVERNE SMITH,

        Plaintiff,

v.                                                                    Case No:   6:22-cv-859-LHP

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**  **UNOPPOSED MOTION FOR ENTRY OF JUDGMENT WITH REMAND (Doc. No. 17)**
>
> **FILED:**  October 27, 2022
>
> ---
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**.

The Commissioner of Social Security moves to remand this case pursuant to sentence four of 42 U.S.C. § 405(g), so that the following may occur:

> The Appeals Council will remand the case to an Administrative Law Judge to further evaluate the jobs available to the claimant in the national economy, addressing and resolving any inconsistencies

> between the limitations outlined in the residual functional capacity and the requirements of the jobs the claimant can perform as required pursuant to Social Security Ruling 00-4p. The Administrative Law Judge will update the administrative record, offer the claimant the opportunity for a hearing, and issue a new decision.

Doc. No. 17. Plaintiff does not oppose the motion. *Id.* at 1.

Upon consideration, the Court finds the request well taken. *See* 42 U.S.C. § 405(g). Accordingly, it is **ORDERED** that:

1. The Unopposed Motion for Entry of Judgment with Remand (Doc. No. 17) is **GRANTED**.

2. The final decision of the Commissioner is **REVERSED** and **REMANDED** for further administrative proceedings pursuant to sentence four of § 405(g), for the above-stated reasons.

3. The Clerk of Court is directed to **ENTER** judgment in favor of Plaintiff and against the Commissioner, **TERMINATE** any pending motions as moot, and thereafter **CLOSE** this case.

**DONE** and **ORDERED** in Orlando, Florida on November 1, 2022.

*/s/ Leslie Hoffman Price*
LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record

Unrepresented Parties